Randy **TAYLOR**, Respondent,

v.

**ASSOCIATED ELECTRIC COOPERATIVE, INC.,** Appellant.

**No. WD 61833.**

Missouri Court of Appeals, Western District.

March 25, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied May 27, 2003.

Appeal from the Labor and Industrial Relations Commission.

Beverly J. Figg, Jefferson City, MO, for Appellant.

Russell C. Still, Columbia, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Associated Electric Cooperative, Inc. appeals the Labor and Industrial Relations Commission's order dismissing its application for review for lack of specificity. For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).